934 A.2d 1154

Floyd E. BARRICK, Appellant,

v.

Franklin TENNIS, Superintendent at S.C.I. Rockview, and the Pennsylvania Board of Probation and Parole, Appellees.

Supreme Court of Pennsylvania.

Oct. 16, 2007.

## ORDER

PER CURIAM.

**AND NOW,** this 16th day of October, 2007, the Order of the Commonwealth Court is hereby AFFIRMED.